IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

      Plaintiff,

v.

TOWN OF VAIL, COLORADO,
DARREN ANDERSON, and
LUKE J. CAUSEY

      Defendants.

---

ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

---

Upon consideration of the Unopposed Motion to Modify Scheduling Order [15], it is

ORDERED that the motion is granted and the deadline for filing a motion to amend to add the Town of Vail as a party is extended to and including March 24, 2010.

Dated:  February 19th, 2010

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge