IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

     Plaintiff,

v.

TOWN OF VAIL, COLORADO,
DARREN ANDERSON, and
LUKE J. CAUSEY

     Defendants.

---

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT

---

On March 19, 2010, the plaintiff filed a motion for leave to file a first amended

complaint and tendered a first amended complaint which would remove the claim

against defendant Luke J. Causey and add a claim against Town of Vail, Colorado.  The

defendants filed a response to the motion to amend the complaint, not objecting to

deletion of the claim against Luke J. Causey but attempting to assert inadequacy of a

claim against the Town of Vail.  It is now

ORDERED that the plaintiff's motion is granted, the first amended complaint

tendered therewith is filed, removing Luke J. Causey as a defendant in this civil action

and adding the Town of Vail, Colorado, as a defendant in the third claim for relief.

Dated:  April 9th, 2010

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge