IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

    Plaintiff,

v.

TOWN OF VAIL, COLORADO, and
DARREN ANDERSON,

    Defendants.

---

ORDER EXTENDING DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES

---

    Upon consideration of the Unopposed Motion to Modify Scheduling Order to Extend the Discovery Cut-Off and Dispositive Motion Deadlines [24], filed on July 28, 2010, it is

    ORDERED that the motion is granted and the Scheduling Order [Doc. 12] is hereby modified to extend the Discovery Cut-off up to and including October 5, 2010, and the Dispositive Motion deadline to and including November 8, 2010.

    Dated: July 29th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge