**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          November 19, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,                                               Brice A. Tondre

        Plaintiff,

v.

THE TOWN OF VAIL, COLORADO and                    Josh A. Marks
DARREN ANDERSON                                           Eric M. Ziporin

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**3:03 a.m.        Court in session.**

Court's preliminary remarks.

Counsel answers questions asked by the Court regarding the applications / process records.

Argument by counsel.

**ORDERED:     Plaintiff's Motion for Leave to File Second Amended Complaint filed
                     October 18, 2010 [30] and [32], is granted but not the proposed amended
                     complaint attached (omit factual allegation in paragraph 32).**

**ORDERED:     Supplemental discovery permitted.
                     Counsel to submit a revised proposed scheduling order.**

**ORDERED:     Defendant Anderson's Motion to Quash, filed October 5, 2010 [26], is
                     denied.  Nicoletti to produce all records pursuant to the subpoena as
                     instructed on record.**

**ORDERED:     Plaintiff's Motion for In Camera Inspection and Reclassification of
                     Documents, filed October 18, 2010 [29] and [31], is granted.**

**ORDERED:     Unopposed Motion to Vacate Dispositive Motion Deadline, filed November
                     2, 2010 [40], is granted.**

**3:25 p.m.        Court in recess.**   Hearing concluded.  Total time: 22 min.