**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        December 13, 2011
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,                                                          Brice A. Tondre

      Plaintiff,

v.

THE TOWN OF VAIL, COLORADO and                               Josh A. Marks
DARREN ANDERSON                                                          Jason T. Pink
                                                                                      Eric M. Ziporin

      Defendants.

_____


**COURTROOM MINUTES**
_____


**Hearing on Motion for Summary Judgment**

**2:00 p.m.**         **Court in session.**

Plaintiff present.

Court's preliminary remarks and states its summary of the case facts and claims.

2:06 p.m.         Argument by Mr. Marks.
2:20 p.m.         Argument by Mr. Tondre.
2:38 p.m.         Rebuttal argument by Mr. Marks.
2:42 p.m.         Mr. Tondre answers questions asked by the Court regarding participation in investigation.
                       Further argument by Mr. Tondre.

Court's findings as stated on record.

**ORDERED:**     **Defendant Town of Vail's Motion for Summary Judgment [63]/[62], is granted and
                       defendant Town of Vail is dismissed.**

Mr. Ziporin informs the court that Darren Anderson is in active duty with the U.S. Army.

**ORDERED:**     **Mr. Ziporing shall file a status report regarding defendant's active military service -
                       U.S. Army (soldiers and sailors act applicability and availability for trial).**

**2:48 p.m.**         **Court in recess.**   Hearing concluded.  Total time: 48  min.