IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

    Plaintiff,

v.

DARREN ANDERSON,

    Defendant.

---

## ORDER FOR STATUS REPORT

---

On January 3, 2012, defendant's counsel filed a Notice of Defendant Anderson's Military Status.  Defendant Anderson has filed nothing further and it is now

ORDERED that Defendant Anderson shall file a status report on or before August 11, 2013.

DATED: August 6th, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge