IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

     Plaintiff,

v.

DARREN ANDERSON,

     Defendant.
_____

ORDER SETTING TRIAL DATE AND DEADLINE FOR SUBMITTING PROPOSED
VOIR DIRE AND JURY INSTRUCTIONS
_____

     Pursuant to the pretrial conference today, it is

     ORDERED that this matter is set for trial to jury on **March 3, 2014, at 8:30 a.m.,** in

Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado. Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm.** Counsel shall submit proposed voir dire and

jury instructions directly to chambers on or before **February 26, 2014.**

     DATED:   October 15th, 2013

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge