IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

    Plaintiff,

v.

DARREN ANDERSON,

    Defendant.

_____

ORDER SETTING TRIAL DATE AND DEADLINE FOR SUBMITTING PROPOSED
VOIR DIRE AND JURY INSTRUCTIONS
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **March 3, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. Counsel shall submit proposed voir dire and jury instructions directly to chambers on or before **February 26, 2014.**

    DATED:   October 15th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge