IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Case No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

    Plaintiff,

v.

DARREN ANDERSON,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on March 3, 2014, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 5th day of March, 2014.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____    _____
ATTORNEY FOR PLAINTIFF    ATTORNEY FOR DEFENDANT