# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02311-RPM

MICHAEL CACIOPPO,

    Plaintiff,

v.

DARREN ANDERSON,

    Defendant.

_____

# FINAL JUDGMENT
_____

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This matter was tried from March 3rd, 2014, through March 5th, 2014, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that plaintiff Michael Cacioppo did not prove by a preponderance of the evidence his claims of Fourth Amendment violations against defendant Darren Anderson under 42 U.S.C. § 1983.

    Pursuant to and in accordance with the jury's verdict, it is

    ORDERED that judgment is entered in favor of defendant Darren Anderson and against plaintiff Michael Cacioppo. It is

    FURTHER ORDERED that defendant Darren Anderson shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of entry of judgment. It is

    FURTHER ORDERED that the Complaint, First Amended Complaint, Second Amended Complaint, and this civil action are dismissed.

    DATED at Denver, Colorado, this 5th day of March, 2014.

    FOR THE COURT:

    Jeffrey P. Colwell, Clerk

        s/J. Chris Smith
    By: _____
        Deputy Clerk